IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BURL L. BARGERON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-3938

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 20, 2015.

An appeal from an order of the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

Burl L. Bargeron, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, THOMAS, and KELSEY, JJ., CONCUR.